# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 08mJ8507-02
vs )  ABSTRACT OF ORDER
Roberto Alejandro Suarez )  Booking No. 06396298
 )  885905

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 6/10/08 the Court entered the following order:

✓ Defendant be released from custody.
___ Defendant placed on supervised / unsupervised probation / supervised release.
___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
✓ Defendant released on $15,000 p/s bond posted.
___ Defendant appeared in Court. FINGERPRINT & RELEASE.
___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.
___ Defendant sentenced to TIME SERVED, supervised release for ___ years.
___ c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court:
___ dismissing appeal filed.
___ Bench Warrant Recalled.
___ Defendant forfeited collateral.
___ Case Dismissed.
___ Defendant to be released to Pretrial Services for electronic monitoring.
___ Other.

**PETER C. LEWIS**
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.  Clerk
by _____ Deputy Clerk

Received _____ DUSM

★ U.S. GPO: 1996-783-398/40151

Crim-9   (Rev 6-95)

CLERKS' COPY