```
                                          FILED
                                          JUL - 3 2008
                                     CLERK, U.S. DISTRICT COURT
                                   SOUTHERN DISTRICT OF CALIFORNIA
                                   BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr2214-H |
| ) | |
| Plaintiff, ) | **I N F O R M A T I O N** |
| ) | |
| v. ) | Title 21, U.S.C., Secs. 952 and |
| ) | 960 - Importation of Marijuana; |
| JESUS ESTEBAN GARCIA-ACOSTA (1),) | Title 18, U.S.C., Sec. 2 - Aiding |
| ROBERTO ALEJANDRO SUAREZ (2),  ) | and Abetting (Felony) |
| ) | |
| Defendants. ) | |

The United States Attorney charges:

On or about June 4, 2008, within the Southern District of California, defendants JESUS ESTEBAN GARCIA-ACOSTA and ROBERTO ALEJANDRO SUAREZ, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 91.51 kilograms (201.32 pounds) (net weight), of Marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: 7/3/08.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:San Diego
6/24/08