AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ROBERTO ALEJANDRO SUAREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr2214-H

I, ROBERTO ALEJANDRO SUAREZ, the above named defendant, who is accused of committing the following offense:

> Importation of Marijuana and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _July 3, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED

JUL - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer