```
 1  AUSA HAROLD CHUN
    United States Attorneys Office
 2  CSB No. 239022
    880 Front Street, Room 6293
 3  San Diego, CA 92101
    (619) 557-6519
 4
    CHRIS A. YTURRALDE
 5  CSB No. 151853
    1443 West Main
 6  El Centro, CA 92243-3149
    (760) 353-4444
 7  Attorney for Defendant
    JESUS ESTEBAN GARCIA-ACOSTA
 8

 9  MICHAEL J. McCABE
    CSB No. 54078
10  2442 Fourth Avenue
    San Diego, CA 92101
11  (619) 231-1181
    Attorney for Defendant
12  ROBERTO ALEJANDRO SUAREZ-ALVAREZ
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS ESTEBAN GARCIA-ACOSTA (1), <br><br> ROBERTO ALEJANDRO SUAREZ-ALVAREZ (2) <br><br> Defendants. | Case No. 08CR02214-H <br><br> **JOINT MOTION TO CONTINUE SENTENCING HEARING; PROPOSED ORDER** <br><br> DATE: September 29, 2008 <br> TIME: 9:00 a.m. |

The plaintiff, United States of America, by and through its counsel, AUSA Harold Chun, and the defendants, Jesus Esteban Garcia-Acosta (1), by and through his counsel, Chris A. Yturralde, and Roberto Alejandro Suarez-Alvarez (2), by and through his counsel, Michael J. McCabe, hereby

-1-

1  jointly move this Court for an order continuing the sentencing hearing in the above-entitled case
2  from September 29, 2008, at 9:00 a.m., to October 20, 2008, at 9:30 a.m.
3      This joint motion of the parties to continue the sentencing date is made to accommodate the
4  two defense attorneys who have previously planned vacation trips during the time period
5  immediately prior to the presently scheduled sentencing date. Time is excludable under the Speedy
6  Trial Act until the acceptance of plea by the district court.

9  DATED: July 22, 2008     Respectfully submitted,

11      S/Harold Chun
    HAROLD CHUN
12      Assistant United States Attorney
    United States Attorneys Office

14      S/Chris A. Yturralde
    CHRIS A. YTURRALDE
15      Attorney for Defendant
    JESUS ESTEBAN GARCIA-ACOSTA

17      S/Michael J. McCabe
    MICHAEL J. MCCABE
18      Attorney for Defendant
    ROBERTO ALEJANDRO SUAREZ-ALVAREZ

# CERTIFICATE OF SERVICE

Case Name:   United States of America v. Jeus Esteban Garcia-Acosta (1) and Roberto Alejandro Suarez-Alvarez (2)

Case No.:    08cR02214-H

Attorney:    Michael J. McCabe

I declare:

    I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2442 Fourth Avenue, San Diego, CA 92101.

    On July 22, 2008, I served the within document(s) described as:

**JOINT MOTION TO CONTINUE HEARING, AND PROPOSED ORDER**

on the interested parties in this action as stated below:.

    (BY ELECTRONIC CASE FILING) to:

    Karen P. Hewitt, United States Attorney
    Harold Chun, Assistant United States Attorney

A confirmed copy of these documents will be hand delivered to the Clerk's Office.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 22, 2008, at San Diego, California.

I declare under penalty of perjury that the foregoing is true and correct.

|  |  |
|---|---|
| \_\_\_\_MAUREEN DEVANEY\_\_\_\_ | _(signature)_ |
| (Type or print name) | (Signature) |