1  MICHAEL J. McCABE
   CSB No. 54078
2  2442 Fourth Avenue
   San Diego, CA 92101
3  (619) 231-1181

4  Attorneys for Defendant
   ROBERTO ALEJANDRO SUAREZ-ALVAREZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR02214-H |
| Plaintiff, ) | |
| v. ) | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| ROBERTO ALEJANDRO SUAREZ-ALVAREZ, ) ) | |
| Defendant. ) | |

I, ROBERTO ALEJANDRO SUAREZ, do hereby acknowledge that my Sentencing Hearing has been continued from September 29, 2008 at 9:00 a.m., to October 20, 2008, at 9:00 a.m., and that I must be personally present at that time.

DATED: August 4, 2008

ROBERTO ALEJANDRO SUAREZ-ALVAREZ

## CERTIFICATE OF SERVICE

Case Name: <u>United States of America v. Roberto Alejandro Suarez-Alvarez (2)</u>

Case No.: 08cR02214-H

Attorney: Michael J. McCabe

I declare:

    I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2442 Fourth Avenue, San Diego, CA 92101.

    On August 4, 2008, I served the within document(s) described as:

### ACKNOWLEDGMENT OF NEXT COURT DATE

on the interested parties in this action as stated below:.

    (BY ELECTRONIC CASE FILING) to:

    Karen P. Hewitt, United States Attorney
    Harold Chun, Assistant United States Attorney

A confirmed copy of these documents will be hand delivered to the Clerk's Office.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 4, 2008, at San Diego, California.

I declare under penalty of perjury that the foregoing is true and correct.


| _____MAUREEN DEVANEY_____ | _(signature)_ |
|:---:|:---:|
| (Type or print name) | (Signature) |