UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-2214-H |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER CONTINUING** |
| v. ) | **SENTENCING DATE** |
| ) | |
| ROBERTO ALEJANDRO SUAREZ- ) | |
| ALVAREZ [02], ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     **IT IS HEREBY ORDERED** that the sentencing hearing in the above-captioned case, currently scheduled for September 29, 2008, at 9:00 a.m. be continued until **October 20, 2008, at 9:00 a.m.**  The Defendant is on bond and has filed an Acknowledgment of Next Court Date.  The Court finds that time is excludable under the Speedy Trial Act..

     **SO ORDERED.**

DATED: August 5, 2008

_____
**HONORABLE MARILYN L. HUFF**
United States District Judge

08cr2214-H