```
 1  AUSA REES FEERITER MORGAN
    United States Attorneys Office
 2  CSB No.
    880 Front Street, Room 6293
 3  San Diego, CA 92101
    (619) 557-6519
 4
    CHRISTOPHER A. YTURRALDE
 5  CSB No. 151853
    Sutherland & Gerber
 6  A Professional Corporation
    1443 West Main Street
 7  El Centro, CA 92243
    (760) 353-4444
 8  Attorneys for Defendant
    JESUS ESTEBAN GARCIA-ACOSTA
 9
    MICHAEL J. McCABE
10  CSB No. 54078
    2242 Fourth Avenue
11  San Diego, CA 92101
    (619) 231-1181
12  Attorneys for Defendant
    ROBERTO ALEJANDRO SUAREZ-ALVAREZ
13
```

14                    UNITED STATES DISTRICT COURT

15                   SOUTHERN DISTRICT OF CALIFORNIA

16                       (Honorable Marilyn L. Huff)

| | | |
|---|---|---|
| 17 | UNITED STATES OF AMERICA,       ) | Case No. 08CR02214-H |
| 18 | Plaintiff,                      ) | |
| 19 | v.                              ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING; PROPOSED ORDER** |
| 20 | JESUS ESTEBAN GARCIA-ACOSTA (1), ) | |
| 21 | ROBERTO ALEJANDRO SUAREZ-       ) | DATE: October 20, 2008<br>TIME: 9:00 a.m. |
| 22 | ALVAREZ (2)                     ) | |
| 23 | Defendants.                     ) | |

24

25     The plaintiff, United States of America, by and through its counsel, AUSA Rees

26  Morgan, and the defendants, Jesus Esteban Garcia-Acosta (1), by and through his

27  counsel, Christopher A. Yturralde, and Roberto Alejandro Suarez-Alvarez (2), by and

28  through his counsel, Michael J. McCabe, hereby jointly move this Court for an order

                                        - 1 -

1  continuing the sentencing hearing in the above-entitled case from October 20, 2008, at
2  9:00 a.m., to November 10, 2008, at 9:00 a.m.
3       This joint motion of the parties to continue the sentencing date is made to
4  accommodate the two defense attorneys who have previously planned vacation trips
5  during the time period immediately prior to the presently scheduled sentencing date.  All
6  parties to this Joint Motion agree that "time", pursuant to The Speedy Trial Act (18
7  U.S.C. Section 3161), is tolled pending the acceptance of the guilty pleas taken in this
8  case by the District Court.

DATED: September 4, 2008         Respectfully submitted,

    S/Rees Feetiter Morgan
REES FEERITER MORGAN
Assistant United States Attorney
United States Attorneys Office

    S/Christopher A. Yturralde
CHRISTOPHER A. YTURRALDE
Attorney for Defendant
JESUS ESTEBAN GARCIA-ACOSTA

    S/Michael J. McCabe
MICHAEL J. MCCABE
Attorney for Defendant
ROBERTO ALEJANDRO SUAREZ-ALVAREZ